# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **JACQUELINE A. HOWELL** | **CIVIL ACTION NO. 6:18-CV-1083** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DOLGENCORP, LLC, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion for Remand filed by the plaintiff, Rec. Doc. [16] is DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of January, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE